STATE OF CONNECTICUT *v.* ROBERT F. KELLEY, JR.

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 423 (AC 25813), is denied.

*James O. Ruane*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided June 29, 2006